UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KATHI KRAFT,                              )<br>                                                    )<br>                         Plaintiff,     )<br>        vs.                                        )        1:05-cv-169-SEB-VSS<br>                                                    )<br>JO ANNE B. BARNHART, Commissioner  )<br> of the Social Security Administration,   )<br>                                                    )<br>                         Defendant.    ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Kathi Kraft is not entitled to Disability Insurance Benefits based on her application filed on September 27, 2001, is **REVERSED AND REMANDED** to the Commissioner for further proceedings consistent with the Entry issued this day.

This is a "sentence four" remand pursuant to 42 U.S.C. § 405(g).

Date: 05/17/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Steven R. Jacobs
srjindy@aol.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov